UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHANEL, INC.,

    Plaintiff,

v.                                          Case No.  8:11-cv-1529-T-30TBM

DOES 1-10,

    Defendant(s).
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #16).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1529.dismiss 16.wpd